1120

No. 11–6948. ALLEN v. ZAVARAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–6954. THOMPSON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 11–6955. YAN JU WANG v. APPELLATE DIVISION, SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–6960. SALAHUDDIN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6964. SCHUMANN v. PATRICK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6967. ABSTON v. EICHENBERGER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6973. CONNER v. GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–6976. BARBOUR v. BROCK & SCOTT, PLLC, ET AL. Sup. Ct. N. C. Certiorari denied.

No. 11–6977. BARBOUR v. WELLS FARGO BANK, N. A., ET AL. Ct. App. N. C. Certiorari denied.

No. 11–6982. GOTTSCHALK v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–6986. HENDRICKS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–6999. PICKARD v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 11–7004. DELGADO v. MCEWEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7007. CHAVEZ v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.